Hau Le
P.O. BOX 20345
Fountain Valley, CA 92728
Phone: (714) 400-1338

Plaintiff, Pro Se



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HAU LE, | CASE NO.: **SACV13 - 00148 UA (DUTYx)** |
|---|---|
| Plaintiff, | |
| v. | **FDCPA AND FRAUD COMPLAINT.** |
| CACH, LLC, | **DEMAND FOR JURY TRIAL.** |
| MANDARICH LAW GROUP, LLP | |
| Defendants. | |

## COMPLAINT

Plaintiff, Hau Le, individually, hereby sues Defendants, CACH, LLC. et al, for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692(e)(2), 1692f , 1692(f)(1) and 15 U.S.C.§2042g(b).

Page | 1

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692f, Fair Debt Collection Practices Act (FDCPA) 15 USC § 1692f(1) and 15 U.S.C.§2042g(b).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged debt which does not belong to Plaintiff.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1681p and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

## PARTIES

6. Plaintiff, Hau Le, is a natural person and is a resident of the State of California.

7. Upon information and belief Defendants, CACH, LLC. and Mandarich Law Group, LLC are debt collectors authorized to do business in California.

Page | 2

## **FACTUAL ALLEGATIONS**

1. On reviewing his Credit Report, Plaintiff discovered that Defendants wrongfully reported in Experian, Equifax and TransUnion which Plaintiff has no knowledge about. See Exhibit P1.

2. On or about August 30th, 2012, Plaintiff sent a Request for Validation of Debt to Defendants via Certified Mail, allowing Defendants an opportunity to cure. However, Plaintiff has not received any reply from Defendants.

3. Defendants never lent any money to Plaintiff and Plaintiff believes there is no evidence to the contrary.

4. Plaintiff never signed a Note or Contract, exhibiting all the necessary requirements of a contract by operation of law for the debt allegedly owed to the Defendants and Plaintiff believes there is no evidence to the contrary.

5. Defendants have failed to disclose origin of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

6. Defendants have failed to disclose history or provenance of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

7. Defendants have never produced evidence that they loaned United States Dollars as required by Federal Law and United States Treasury Regulations. This failure or omission or even negligent behavior is an illegal act, **a felony**. Plaintiff never saw any money and is unaware of any contract for loan proceeds that exists between Plaintiff and Defendants and Plaintiff believes there is no evidence to the contrary.

# COUNT I

# VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY CACH, LLC. ET AL.

8. Plaintiff alleges and incorporates the information in paragraphs above.

9. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3)

10. Defendants are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

11. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

   (a) Defendants violated 15 U.S.C. §1692e(2) by falsifying the character, the amount, and the legal status of the alleged debt.

   (b) Defendants violated 15 U.S.C. §1692f by conducting an unfair and unconscionable means to collect or attempt to collect the alleged debt that does not belong to consumer. Thereby Defendants defrauded the court and Plaintiff.

   (c) Defendants violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

   (d) Defendants are in violation of 15 U.S.C.§2042g(b) by continuing collection activity after receiving notice of dispute and by failing to provide written validation of debt before resuming collection activities.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, for statutory damages, punitive damages, actual damages that would include any adverse ruling in state court, and attorney's fees and costs, pursuant to 15 U.S.C. § 1692.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this _____ day of January, 2013.

_/s/ Hau Le_

Hau Le
P.O. BOX 20345
Fountain Valley, CA 92728
Phone: (714) 400-1338
Plaintiff, Pro Se

# EXHIBIT P1

| CACH, LLC | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| ☒ Potentially Negative | Account Name | CACH, LLC | CACH, LLC | CACH LLC |
| | Account # | 12000272XXXX | 12000272XXXX | 12000272XXXX |
| | Account Type | Collection Department / Agency / Attorney | Collection Account | Collection Account |
| 303-296-3345 | Balance | $9,003.00 | $9,003.00 | $9,003.00 |
| 4340 S MONACO ST UNIT 2 | Past Due | $9,003.00 | | |
| DENVER, CO 80237 | Date Opened | 9/1/2010 | 9/1/2010 | 9/20/2010 |
| | Account Status | Closed | Closed | Open |
| | Mo. Payment | | | |
| | Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | Unpaid | Collection account$B Placed for collection -- $B_DEFAULT -- Collection account |
| | High Balance | | | |
| | Limit | | | |
| | Terms | 1 Month | | |
| | Comments | | Unpaid | Placed for collection |

24/Mo Payment History

| Month | 2010 | | | | 2011 | | | | | | | | | | | | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
| Experian | | | | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |