NEIL M. SHOLANDER (225894)
NEILS@MANDARICHLAW.COM
MANDARICH LAW GROUP LLP
6301 OWENSMOUTH AVENUE – SUITE 850
WOODLAND HILLS, CA 91367
PHONE: (877) 414-0130 EXT. 3352
FAX: (818) 888-1260

*Attorneys for Defendants*
CACH, LLC &
MANDARICH LAW GROUP, LLP

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| HAU LE, <br><br> Plaintiff, <br><br> vs. <br><br> CACH, LLC, and <br> MANDARICH LAW GROUP, LLP <br><br> Defendants. | CASE NO.: 8:13-cv-00148-DOC-RNB <br><br> **DEFENDANTS' OBJECTION TO MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE BROUGHT BY PLAINITFF** <br><br> Date: June 8, 2013 <br> Courtroom: 9-D <br><br> The Honorable David O. Carter |

    PLEASE TAKE NOTICE, Defendants CACH LLC and Mandarich Law Group, LLP ("Defendants") hereby submit this Objection to the Motion for Voluntary Dismissal Without Prejudice brought by Plaintiff Hau Le.

This Objection is based on the grounds Defendants will be prejudiced by a dismissal without prejudice before the Court issues a ruling on Defendant's Motion for Judgment on the Pleadings, previously calendared to be heard June 24, 2013.

Federal District Courts are vested with discretionary authority to grant with or without conditions or to deny plaintiff's motion to dismiss under Rule 41(a)(2). *Stevenson v United States* (1961, MD Tenn) 197 F Supp 355, 61-2 USTC P 9670, 5 FR Serv 2d 670, 8 AFTR 2d 5513. The Court may, in exercise of its discretion, deny motion for dismissal or grant it and if it be granted such terms and conditions may be imposed as are proper. *Diamond v. United States*, 267 F.2d 23 (5th Cir. Fla. 1959)

In the context of this litigation, there exist no proper terms upon which the Court should grant Plaintiff's Motion to Dismiss without Prejudice. Defendants have incurred considerable attorney fee and costs associated with defending this Action- after having already obtained judgment on the underlying debt in state court- and hereby request the Court deny Plaintiff's Motion until the Court issues a ruling on Defendant' s Motion for Judgment on the Pleadings. Although plaintiff might choose to dismiss without prejudice for tactical reasons, he must nonetheless face imposition of any conditions that the Court, in its discretion, concludes are just. *Brooks v State Bd. of Elections* (1997, SD Ga) 173 FRD 547.

Further, because Defendant's assert lack of jurisdiction as a basis for it Motion for Judgment on the Pleadings, judicial economy is served by conditioning the Dismissal upon a ruling on Defendants' Motion. Conditions are intended to discourage forum shopping, vexatious litigation, and other tactics which could prejudice defendants. *Pac. Fisheries, Inc. v United States* (2004, WD Wash) 94 AFTR 2d 5953, affd (2007, CA9 Wash) 484 F3d 1103, 99 AFTR 2d 2114.)

///

For the foregoing reasons, Defendants respectfully requests the Court deny Plaintiff's Motion for Dismissal Without Prejudice and issue a ruling on Defendant's Motion for Judgment on the Pleadings.

DATED: July 8, 2013         MANDARICH LAW GROUP, LLP

By   /s/ *Neil Sholander*
Neil M. Sholander
*Attorneys for Defendants*
CACH, LLC *and*
MANDARICH LAW GROUP LLP