JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 13-0148 DOC (RNBx)      Date: August 22, 2013

Title: HAU LE V. CACH, LLC, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Upon consideration of Plaintiff's Motion for Dismissal (Dkt. 25), and Defendants' Opposition (Dkt. 28), the Court hereby GRANTS Plaintiff's Motion.[1] In doing so, the Court follows the principle that dismissal should be allowed at this early stage unless Defendant will suffer legal prejudice beyond the prospect of a second lawsuit. Wright & Miller, 9 Fed. Prac. & Proc. Civ. § 2364 (3d ed.).

Given the Court's ruling, two motions for judgment on the pleadings (Dkts. 14 & 31) are hereby DENIED AS MOOT.

The Clerk shall serve this Order on all parties to this action.

MINUTES FORM 11
CIVIL-GEN                                                   Initials of Deputy Clerk: jcb

---

[1] The Court finds the Motion to be appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15.